# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160029(96)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                       SC: 160029
                                                        COA: 339556
KYLE JONES,                                             Macomb CC: 2016-000578-FC
            Defendant-Appellant.
_____/

        On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing an amended application for leave to appeal is GRANTED. The amended application will be accepted for filing if submitted on or before December 23, 2019.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        November 20, 2019

                                                        Clerk